**No. 54040.**—M. Adlers Son, Inc., et al. *v.* United States, protests 142837–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54041.**—John Eisenbeiss Corp. et al. *v.* United States, protests 144781–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54042.**—Chas. Hall, Inc. *v.* United States, protests 147856–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

FEBRUARY 9, 1950

**No. 54043.**—Tice & Lynch *v.* United States, protest 135206–K.— C. D. 1200. Plaintiff's application for rehearing granted.

FEBRUARY 17, 1950

**No. 54044.**—SUIT 4605.—United States *v.* Olavarria & Co., Inc.— —C. D. 1110 affirmed November 7, 1949. C. A. D. 417.

BEFORE THE FIRST DIVISION, FEBRUARY 21, 1950

**No. 54045.**—West Coast Trading Company and Mattoon & Company *v.* United States, petition 6556–R (Los Angeles).

Opinion by OLIVER, C. J. The petition was dismissed.